UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

E., by and through his parents and
next friends, Mr. and Mrs. H.

    Plaintiffs,

v.

WALLINGFORD BOARD OF
EDUCATION

    Defendant.

CASE NO. 3:02 CV 2296 (MRK)

OCTOBER 23, 2003

## DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY RE PLAINTIFFS' ADDENDUM TO MOTION FOR SUMMARY JUDGMENT, LOCAL RULE 56(a)1 STATEMENT, AND REPLY MEMORANDUM

The Defendant, Wallingford Board of Education seeks leave to file the attached Surreply to Plaintiffs' Addendum to Motion for Summary Judgment, and Reply Memorandum, dated October 1, 2003.

The purposes of the Surreply are:

1. To address the additional fee the Plaintiffs' have requested in their Addendum to Motion for Summary Judgment.

2. To address issues raised in the Reply Memorandum that were not raised in the Plaintiffs' original arguments in their Memorandum of Law in Support of the Plaintiffs' Motion for Summary Judgement.

3. To respond to the late filed Local Rule 56(a)1 Statement.

                    **DEFENDANT**
                    **WALLINGFORD BOARD OF EDUCATION**

By: _____
Frederick L. Dorsey ct302715
Jennifer M. Rockwell ct24573
Siegel, O'Connor, Zangari,
  O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
Phone: (860) 727-8900
E-mail: fdorsey@siegeloconnor.com
E-mail: jrockwell@siegeloconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion for Leave to File Surreply has been served upon counsel for the Plaintiffs, E., by and through his parents and next friends, Mr. and Mrs. H., David C. Shaw, Esq., 34 Jerome Ave., Suite 210, Bloomfield, CT 06002 by first class mail, postage prepaid, this 23rd day of October, 2003.

_____
Jennifer M. Rockwell