UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 27  12 41 PM '03
DISTRICT COURT
NEW HAVEN

| | | |
|---|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H. | : | CIVIL ACTION NO. |
| PLAINTIFFS, | : | 3:02CV2296 (MRK) |
| V. | : | |
| WALLINGFORD BOARD OF EDUCATION, | : | |
| DEFENDANT. | : | OCTOBER 24, 2003 |

### NOTICE OF FILING ADMINISTRATIVE RECORD AND MOTION TO SEAL THE RECORD

Pursuant to Local Rule 7(f) for the District of Connecticut, undersigned counsel, on behalf of the Connecticut Department of Education, the state administrative agency whose decision has been appealed in this action, respectfully submits the administrative record and moves for an order of the Court to seal said record submitted by the Connecticut Department of Education in the above action as mandated by 20 U.S.C. § 1415(e)(2). Twenty U.S.C. § 1415(e)(2) requires the Court to receive the record of the administrative proceedings which preceded this action. These records concern a child's educational background and program, and may be available only to the parties to the case or their counsel.

PLAINTIFFS,

By _____
David C. Shaw, Esq
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507
Fed. Bar No. ct 05239

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on October 24, 2003:

Frederick L. Dorsey, Esq.
Jennifer Rockwell, Esq.
Siegel, O'Connor, Zangari,
  O'Donnell & Beck P.C.
150 Trumbull St.
Hartford, CT 06103

_____
David C. Shaw, Esq.

2