UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H. | : | CIVIL ACTION NO. |
| PLAINTIFFS, | : | 3:02CV2296 (MRK) |
| V. | : | |
| WALLINGFORD BOARD OF EDUCATION, | : | |
| DEFENDANT. | : | NOVEMBER 4, 2003 |

## **MOTION FOR ENLARGEMENT OF TIME**

The plaintiffs request an extension of time from November 6, 2003 to November 13, 2003 to reply to Defendants' Memorandum dated October 23, 2003. In support of this Motion the plaintiffs represent that counsel is unable to file a brief by the due date, November 6, 2003, due to several days of hearing scheduled in a special education case and a brief that must be submitted in *Arc/Connecticut v. O'Meara*, No. 3:01CV1871 (JBA).

Opposing counsel, Jennifer Rockwell, has been contacted and indicates she does not object to this request. This is the first enlargement of time requested with respect to this time limitation.

        PLAINTIFFS,

        By_____
        David C. Shaw, Esq.
        34 Jerome Ave., Suite 210
        Bloomfield, CT 06002
        Tel. (860) 242-1238
        Fax. (860) 242-1507

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on November 4, 2003.

Frederick L. Dorsey, Esq.
Jennifer Rockwell, Esq.
Siegel, O'Connor, Zangari,
 O'Donnell & Beck P.C.
150 Trumbull St.
Hartford, CT 06103

_____
David C. Shaw, Esq.