UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E., by and through his parents and next friends, Mr. And Mrs. H. | : | NO. 3:02CV2296(MRK) |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| WALLINGFORD BOARD OF EDUCATION | : | |
| Defendant | : | |

**ORDER REVOKING ORDER OF REFERENCE DOC. #7**

In the interest of justice, the Court hereby revokes the Order of Reference to Magistrate Judge Smith, dated January 6, 2003.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: November 12, 2003