# United States District Court
# District of Connecticut

E., by and through his parents
and next friends, Mr. And Mrs. H.
*Plaintiff*

v.                                                        Case No.  3:02cv2296

Wallingford Board of Education
*Defendant*

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

☐ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

☐ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

☐ A ruling on the following motions which are currently pending: (orefm.)
Doc#

☒ A settlement conference (orefmisc./cnf.)

☐ A conference to discuss the following: (orefmisc./cnf.)

☐ Other: (orefmisc./misc)


SO ORDERED this   13th   day of   November  ,   2003   at New Haven, Connecticut.


/s/              Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE