**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| E., by and through his parents and | : | |
| next friends, Mr. and Mrs. H., | : | |
| | : | |
| Plaintiff, | : | NO.     3:02cv2296 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Wallingford Board of Education, | : | |
| | : | |
| Defendant. | : | |

**ORDER ON PENDING MOTIONS**

The parties having conferred with the Court on November 13, 2003, regarding the above captioned case, the following is ordered:

1.    Plaintiff's Motion for Leave to File Answer to Counterclaim and Special Defenses [doc. #21] is GRANTED nunc pro tunc.

2.    Plaintiff's Motion to Seal Motion for Summary Judgment and Supporting Memorandum [doc. #26] is DENIED without prejudice to renew.

3.    Plaintiff's Motion to Seal Reply memorandum, Addendum to Motion for Summary Judgment, and Supporting Documents [doc. #34] is DENIED without prejudice to renew.

4.    Defendant's Motion for Leave to File Surreply [doc. #37] is GRANTED absent objection.

5.    Plaintiff's Motion for Enlargement of Time to respond to Defendant's Motion to File

Surreply [doc. #39] is GRANTED nunc pro tunc.

6.      Plaintiff's Motion to Seal the Administrative Record [doc. #38] is GRANTED.

7.      The Clerk is directed to docket Plaintiff's Reply to the Summary Judgment Motion.

8.      Oral argument on the Motion for Summary Judgment will be held on **February 27, 2003** at 2:30 p.m.


IT IS SO ORDERED.


/s/ _____Mark R. Kravitz_____
                            U.S.D.J.


Dated at New Haven, Connecticut: November 13, 2003

2