UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday November 13, 2003

3:00 p.m.

CASE NO.   3-02-cv-2296 E. v Wallingford Bd of Ed
----------------------------------------------------------

COUNSEL OF RECORD:

Frederick L. Dorsey          Siegel, O'Connor, Zangari, O'Donnell & Beck,
                             150 Trumbull St., Hartford, CT 860-727-8900

Jennifer M. Rockwell         Siegel, O'Connor, Zangari, O'Donnell & Beck,
                             150 Trumbull St., Hartford, CT 860-727-8900

David C. Shaw                Law Offices of David C. Shaw, 34 Jerome Ave.
                             Suite 210, Bloomfield, CT 860-242-1238

                             BY ORDER OF THE COURT
                             KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 11/13/03

3 5 min.