UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H. | : | CIVIL ACTION NO. |
| PLAINTIFFS, | : | 3:02CV2296 (MJK) |
| V. | : | |
| WALLINGFORD BOARD OF EDUCATION, | : | |
| DEFENDANT. | : | NOVEMBER 11, 2003 |

### **MOTION FOR ENLARGEMENT OF TIME**

The plaintiffs move for a one week enlargement of time to file their Response to Defendant's Surreply Memorandum in Opposition to Plaintiffs' Supplemental Application for Attorneys' Fees and Costs. In support of this motion the plaintiffs represent that the filing of a short brief is appropriate in light of the fact that certain new arguments are raised in defendant's brief and plaintiffs' counsel has been unable to file a brief by the extended date of November 13, 2003 due to nearly daily hearings in other matters. Opposing counsel, Jennifer Rockwell, Esq., has been contacted and has consented to this request. This is the second enlargement of time requested with respect to this time limitation.

WHEREFORE, plaintiffs request an enlargement of time to November 21, 2003 to file their Reply brief.

                                            PLAINTIFFS,

                                            By_____
                                            David C. Shaw, Esq.
                                            34 Jerome Ave., Suite 210
                                            Bloomfield, CT 06002
                                            Tel. (860) 242-1238
                                            Fax. (860) 242-1507

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on November 12, 2003.

Frederick L. Dorsey, Esq.
Jennifer Rockwell, Esq.
Siegel, O'Connor, Zangari,
 O'Donnell & Beck P.C.
150 Trumbull St.
Hartford, CT 06103

_____

David C. Shaw, Esq.