UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H. | : | CIVIL ACTION NO. |
| PLAINTIFFS, | : | 3:02CV2296 (MRK) |
| V. | : | |
| WALLINGFORD BOARD OF EDUCATION, | : | |
| DEFENDANT. | : | NOVEMBER 21, 2003 |

### **MOTION FOR ENLARGEMENT OF TIME**

The plaintiffs respectfully request an enlargement of time within which their Reply to Defendant's Surreply [Doc. #37] to Plaintiffs' Reply Memorandum [Doc. #34] is due from Friday, November 21, 2003 to Monday, November 24, 2003.  In support of this Motion the plaintiffs represent that their Reply was completed and mailed via Federal Express on November 21, 2003 but that an enlargement of time is necessary to ensure that the brief is timely filed.

Opposing counsel, Jennifer Rockwell, Esq., has been consulted and consents to this request.  This is the third enlargement of time filed with respect to this time limitation.

WHEREFORE, plaintiffs request an enlargement of the time within which their Reply to

Defendant's Response is due from Friday, November 21, 2003 to Monday, November 24, 2003.

                    PLAINTIFFS,

                    By __/s/ David C. Shaw_____
                    David C. Shaw, Esq.
                    34 Jerome Ave., Suite 210
                    Bloomfield, CT 06002
                    Tel. (860) 242-1238
                    Fax. (860) 242-1507

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on November 21, 2003.

Frederick L. Dorsey, Esq.
Jennifer Rockwell, Esq.
Siegel, O'Connor, Zangari,
 O'Donnell & Beck P.C.
150 Trumbull St.
Hartford, CT 06103

                                              /s/   David C. Shaw

                                            David C. Shaw, Esq.