UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H. | : | CIVIL ACTION NO. |
| PLAINTIFFS, | : | 3:02CV2296 (MRK) |
| V. | : | |
| WALLINGFORD BOARD OF EDUCATION, | : | |
| DEFENDANT. | : | NOVEMBER 21, 2003 |

**MOTION TO SEAL SUPPORTING DOCUMENTS TO
PLAINTIFFS' RESPONSE TO DEFENDANT'S SURREPLY BRIEF**

The plaintiffs move this Court to seal from public inspection the supporting documents designated Exhibit E and Exhibit F to Plaintiffs' Response to Defendant's Surreply Brief filed this date revealing their names. This relief is necessary because this action involves facts which are such that public knowledge of their identity would constitute an invasion of their privacy and subject them to public obloquy.

PLAINTIFFS,

By  /s/ David C. Shaw
David C. Shaw, Esq.
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Fed. Bar No. ct 05239
Tel. (860) 242-1238
Fax. (860) 242-1507

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on November 21, 2003:

Frederick L. Dorsey, Esq.
Siegel, O'Connor, Zangari,
 O'Donnell & Beck P.C.
150 Trumbull St.
Hartford, CT 06103

                                                  ____/s/ David C. Shaw_____

                                                  David C. Shaw, Esq.