UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H., : : : Plaintiff, : : v. : : : Wallingford Board of Education, : : Defendant. : | NO.   3:02cv2296 (MRK) |

## ORDER ON PENDING MOTIONS

Plaintiffs' Motion for Enlargement Of Time [doc. #44], dated November 11, 2003, is GRANTED nunc pro tunc.

Plaintiffs' Motion For Enlargement Of Time [doc. #45], dated November 21, 2003, is GRANTED nunc pro tunc.  Clerk is ordered to docket Plaintiffs' Response To Defendant's Surreply Brief.

Plaintiff's Motion to Seal Supporting Documents To Plaintiffs' Response To Defendant's Surreply Brief [doc. #46] is GRANTED.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
            U.S.D.J.

Dated at New Haven, Connecticut: December 2, 2003