UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H. | : | CIVIL ACTION NO. |
| PLAINTIFFS, | : | 3:02CV2296 (MRK) |
| V. | : | |
| WALLINGFORD BOARD OF EDUCATION, | : | |
| DEFENDANT. | : | DECEMBER 12, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

The plaintiffs move for a thirty day enlargement of the Scheduling Order. In support of this Motion the plaintiffs represent the following:

1. Under the Scheduling Order entered July 28, 2003 the parties are required to disclose experts by December 15, 2003.

2. However, as the parties are currently attempting to resolve this matter, an enlargement of time is appropriate to determine if settlement is possible.

3. Opposing counsel, Attorney Jennifer Rockwell, has been contacted and consents to this request.

4. This is the second enlargement of time requested with respect to this time limitation.

WHEREFORE, plaintiffs request that the Scheduling Order be modified so as to reflect

the following:

    Designation of Trial Experts (all parties)        January 15, 2004

    Completion of Discovery and Depositions        March 16, 2004

    Case To Be Trial Ready        April 15, 2004

PLAINTIFFS,

By__/s/ David C. Shaw____
David C. Shaw, Esq.
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on December 12, 2003:

Jennifer Rockwell, Esq.
Siegel, O'Connor, Zangari,
 O'Donnell & Beck P.C.
150 Trumbull St.
Hartford, CT 06103

_____/s/ David C. Shaw_____

David C. Shaw, Esq.