UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H., | : | |
| | : | |
| Plaintiff, | : | NO.    3:02cv2296 (MRK) |
| | : | |
| v. | : | |
| | : | |
| Wallingford Board of Education, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiffs' Motion For Enlargement Of Time [doc. #50], dated December 12, 2003, is hereby **GRANTED**. The following schedule will govern the remaining pretrial proceedings in this case:

| | |
|---|---|
| Designation of Trial Experts (all parties) | January 15, 2004 |
| Completion of discovery and depositions | March 16, 2004 |
| Telephone status conference | March 25, 2004, 1:30 p.m. |
| Case To Be Trial Ready | April 15, 2004 |

IT IS SO ORDERED.

/s/        Mark R. Kravitz
            U.S.D.J.

Dated at New Haven, Connecticut: December 31, 2003.