UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H. | : | CIVIL ACTION NO. |
| PLAINTIFFS, | : | 3:02CV2296 (DJS) |
| V. | : | |
| WALLINGFORD BOARD OF EDUCATION, | : | |
| DEFENDANT. | : | JANUARY 12, 2004 |

## **MOTION FOR MODIFICATION OF SCHEDULING ORDER**

The plaintiffs move for a sixty-day enlargement of the deadlines established by the Order of this Court dated December 31, 2003. In support of this Motion the plaintiffs represent that under the current Scheduling Order disclosure of plaintiffs' experts is due by January 15, 2004, completion of discovery and depositions is due by March 16, 2004, and the case is to be trial ready by April 15, 2004.

In support of this Motion the plaintiffs represent that the parties are scheduled to hold a Settlement Conference with Magistrate Judge Garfinkel on March 3, 2004 and that the parties are hopeful that the case will be settled at that time making expert disclosure and discovery unnecessary. An enlargement of the deadlines in the Scheduling Order is therefore appropriate to avoid driving the fee claim higher and making settlement that much more difficult.

Opposing counsel Jennifer Rockwell has been contacted and has indicated she consents to this request. This is the first enlargement of time requested with respect to the Scheduling Order entered by this Court, though enlargements of time were requested with respect to the Scheduling Order entered by Magistrate Judge Smith.

WHEREFORE, the plaintiffs request modification of the Scheduling Order such that the remaining pretrial discovery will be completed on the following schedule:      Und

| | |
|---|---|
| Designation of Trial Experts (all parties) | March 15, 2004 |
| Completion of Discovery and Depositions | May 17, 2004 |
| Telephone Status Conference | May 25, 2004 |
| Case to be Trial Ready | June 15, 2004 |

PLAINTIFFS,

By___/s/ David C. Shaw_____
David C. Shaw, Esq.
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on January 12, 2004:

Frederick L. Dorsey, Esq.
Jennifer Rockwell, Esq.
Siegel, O'Connor, Zangari,
 O'Donnell & Beck P.C.
150 Trumbull St.
Hartford, CT 06103

_____/s/David C. Shaw_____

David C. Shaw, Esq.