UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H. : | CIVIL ACTION NO. |
| PLAINTIFFS, : | 3:02CV2296 (MRK) |
| V. : | |
| : | |
| WALLINGFORD BOARD OF EDUCATION, : | |
| : | |
| DEFENDANT. : | JANUARY 12, 2004 |

## **SECOND ADDENDUM TO MOTION FOR SUMMARY JUDGMENT**

The plaintiffs move for an award of attorneys' fees and costs relating to the time spent preparing a response to defendant's Surreply to the Plaintiff's Motion for Summary Judgment and related motions. In support of this motion the plaintiffs represent that in Gagne v. Maher, 594 F.2d 336, 343 (2d Cir. 1979), aff'd 448 U.S. 122 (1980) the Court held that recovery of attorneys' fees for work done in connection with an application for costs and attorneys' fees is appropriate. Attorney Shaw has spent 15.7 hours on this case since Plaintiffs' Addendum to Motion for Summary Judgment was submitted on October 1, 2003 and incurred additional costs. (See attached Declaration of David C. Shaw, with time records). At the prevailing market rate of $325 per hour for Attorney Shaw, plaintiffs' supplemental claim for attorney's fees is $5,102.50. Additional costs were incurred in the amount of $1,199.25.

WHEREFORE, the plaintiffs claim a supplemental fee award of $6,301.75. Adding this to plaintiffs' claim for costs and attorneys' fees and expert fee of $66,311.05, and plaintiffs' supplemental claim in the amount of $11,205.83, plaintiffs' total claim for attorneys' fees and

costs is $83,818.63.

        PLAINTIFFS,

        By__/s/ David C. Shaw____
        David C. Shaw, Esq.
        34 Jerome Ave., Suite 210
        Bloomfield, CT 06002
        Fed. Bar No. ct 05239
        Tel. (860) 242-1238
        Fax. (860) 242-1507

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on January 12, 2004:

Frederick L. Dorsey, Esq.
Jennifer Rockwell, Esq.
Siegel, O'Connor, Zangari,
 O'Donnell & Beck P.C.
150 Trumbull St.
Hartford, CT 06103


       /s/ David C. Shaw

David C. Shaw, Esq.