UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Jan 26  12 51 PM '04

U.S. DISTRICT COURT
NEW HAVEN CONN

| | | |
|---|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H., | : | |
| Plaintiff, | : | NO. 3:02cv2296 (MRK) |
| v. | : | |
| Wallingford Board of Education, | : | |
| Defendant. | : | |

## ORDER

Plaintiffs' Motion For Enlargement Of Time [doc. #53], dated January 12, 2004, is hereby **GRANTED**. The following amended schedule will govern the remaining pretrial proceedings in this case:

| | |
|---|---|
| Designation of Trial Experts (all parties) | March 15, 2004 |
| Completion of discovery and depositions | May 17, 2004 |
| Telephone status conference | May 25, 2004, 8:30 a.m. |
| Case To Be Trial Ready | June 15, 2004 |

IT IS SO ORDERED.

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: January 26, 2004.