

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

E., by and through his parents and     :     CIVIL ACTION NO.
next friends, Mr. and Mrs. H.     :
             PLAINTIFFS,     :     3:02CV2296 (MRK)
         V.     :
    :
WALLINGFORD BOARD OF EDUCATION,     :
    :
             DEFENDANT.     :     FEBRUARY 13, 2004

## MOTION TO SEAL ATTACHMENTS

The plaintiffs move this Court to seal from public inspection Attachments A and C to

Plaintiffs' Reply to Defendant's Memorandum of Law in Opposition to Plaintiffs' Second

Addendum to Motion for Summary Judgment dated February 13, 2004 which reveal their

names. This relief is necessary because this action involves facts which are such that public

knowledge of their identity would constitute an invasion of their privacy and subject them to

public obloquy. Copies of these attachments, with the family name redacted, are attached to the

brief that has been filed with the Court.

PLAINTIFFS,

By_____
David C. Shaw, Esq.  Fed Bar No.05239
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to

counsel of record on February 13, 2004:


Frederick L. Dorsey, Esq.
Siegel, O'Connor, Zangari,
  O'Donnell & Beck P.C.
150 Trumbull St.
Hartford, CT 06103


David C. Shaw, Esq.

2