UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 3, 2004

10:00 a.m.

*Held 2 1/2 hours*

CASE NO. **3:02cv2296 (MRK)**   **E., by and through his parents and next friends, Mr. & Mrs. H. Vs. Wallingford Board of Education**

Frederick L. Dorsey
Siegel, O'Connor, Zangari, O'Donnell & B
150 Trumbull St.
Hartford, CT 06103


Jennifer M. Rockwell
Siegel, O'Connor, Zangari, O'Donnell & B
150 Trumbull St.
Hartford, CT 06103


David C. Shaw
Law Offices of David C. Shaw
34 Jerome Ave., Suite 210
Bloomfield, CT 06002


                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK