UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H., | : | |
| | : | |
| Plaintiff, | : | NO.    3:02cv2296 (MRK) |
| | : | |
| v. | : | |
| | : | |
| Wallingford Board of Education, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

In light of the notice of settlement of this case received from Magistrate Judge Garfinkel, Plaintiff's Motion for Summary Judgment [doc. #28] is DENIED without prejudice to reinstatement if the case is not dismissed.

                                          IT IS SO ORDERED.

                                          /s/      Mark R. Kravitz
                                                         U.S.D.J.

**Dated at New Haven, Connecticut: March 8, 2004**