UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

E., by and through his parents and
next friends, Mr. and Mrs. H.

        PLAINTIFFS,

V.

WALLINGFORD BOARD OF EDUCATION,

        DEFENDANT.

CIVIL ACTION NO.

3:02CV2296 (MRK)

MARCH 18, 2004

## MOTION FOR ADOPTION OF ORDER APPROVING STIPULATED AGREEMENT AND DISMISSING LAWSUIT PURSUANT TO RULE 41(a)(1), FED. R. CIV. P.

The plaintiffs respectfully request that the Court approve the Stipulation for Dismissal dated March 17, 2004, and enter the attached agreed-upon Order dismissing this lawsuit subject to the implementation of the Settlement Agreement pursuant to Rule 41(a)(1), Fed. R. Civ. P.

PLAINTIFFS,

By _____
David C. Shaw, Esq.
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507
Email: dcshaw@cttel.net