UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E., by and through his parents and | : | CIVIL ACTION NO. |
| next friends, Mr. and Mrs. H. | : | |
| PLAINTIFFS, | : | 3:02CV2296 (MRK) |
| V. | : | |
| | : | |
| WALLINGFORD BOARD OF EDUCATION, | : | |
| | : | |
| DEFENDANT. | : | MARCH 17, 2004 |

## STIPULATION FOR DISMISSAL

The parties stipulate and agree that this lawsuit may be dismissed pursuant to Rule

41(a)(1) of the Federal Rules of Civil Procedure, subject to the implementation of the terms of

the attached Settlement Agreement.


WALLINGFORD BOARD OF EDUCATION          THE PARENTS

By __/s/ *Frederick L. Dorsey*          By __/s/ *David C. Shaw*
Frederick L. Dorsey, Esq.  (ct302715)          David C. Shaw, Esq.  (ct05239)
Siegel, O'Connor, Zangari, O'Donnell & Beck P.C.  Law Offices of David C. Shaw LLC
150 Trumbull St.          34 Jerome Ave., Suite 210
Hartford, CT 06103          Bloomfield, CT 06004
Tel. (860) 727-8900          Tel. (860) 242-1238
Fax. (860) 527-5131          Fax. (860) 242-1507
Email:  fdorsey@siegeloconnor.com          Email:  dcshaw@cttel.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E., by and through his parents and | : | CIVIL ACTION NO. |
| next friends, Mr. and Mrs. H. | : | |
| PLAINTIFFS, | : | 3:02CV2296 (MRK) |
| V. | : | |
| | : | |
| WALLINGFORD BOARD OF EDUCATION, | : | |
| DEFENDANT. | : | MARCH    , 2004 |

## ORDER

The Court hereby approves the Settlement Agreement of the parties, orders the implementation of its provisions and dismisses this lawsuit pursuant to Rule 41(a)(1), Fed. R. Civ. P., subject to the implementation of the terms of the Stipulated Agreement.

_____
Honorable Mark R. Kravitz
United States District Court Judge

2