United States District Court
District of Connecticut
FILED                    HAVEN
3/24/04               20
Kevin F.      Clerk
By  /s/ Malone
    Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H. | : | CIVIL ACTION NO. |
| PLAINTIFFS, | : | 3:02CV2296 (MRK) |
| V. | : | |
| WALLINGFORD BOARD OF EDUCATION, | : | |
| DEFENDANT. | : | MARCH 17, 2004 |

**STIPULATION FOR DISMISSAL**

The parties stipulate and agree that this lawsuit may be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, subject to the implementation of the terms of the attached Settlement Agreement.

WALLINGFORD BOARD OF EDUCATION

By _____
Frederick L. Dorsey, Esq. (ct30215)
Siegel, O'Connor, Zangari, O'Donnell & Beck P.C.
150 Trumbull St.
Hartford, CT 06103
Tel. (860) 727-8900
Fax. (860) 527-5131
Email: fdorsey@siegeloconnor.com

THE PARENTS

By _____
David C. Shaw, Esq. (ct05239)
Law Offices of David C. Shaw LLC
34 Jerome Ave., Suite 210
Bloomfield, CT 06004
Tel. (860) 242-1238
Fax. (860) 242-1507
Email: dcshaw@cttel.net