FILED

Mar 24  3 58 PM '04

U.S DISTR CT COURT
NEW HAV N, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E., by and through his parents and next friends, Mr. and Mrs. H. | : | CIVIL ACTION NO. |
| PLAINTIFFS, | : | 3:02CV2296 (MRK) |
| V. | : | |
| | : | |
| WALLINGFORD BOARD OF EDUCATION, | : | |
| DEFENDANT. | : | MARCH 24, 2004 |

### ORDER

The Court hereby approves the Settlement Agreement of the parties, orders the implementation of its provisions and dismisses this lawsuit pursuant to Rule 41( )(1), Fed. R. Civ. P., subject to the implementation of the terms of the Stipulated Agreement.

_____
Honorable Mark R. Kravitz
United States District Court Judge

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

E., by and through his parents and                    :    CIVIL ACTION NO.
next friends, Mr. and Mrs. H.                          :
               PLAINTIFFS,         :    3:02CV2296 (MRK)
     V.                                     :

WALLINGFORD BOARD OF EDUCATION,          :
              :

            DEFENDANT.         :    MARCH  10, 2004

### SETTLEMENT AGREEMENT

AGREEMENT made as of the ___13___<sup>th</sup> day of March 2004 by and between ███████

H██████ and ████ H███████ (hereinafter referred to as the "Parents") and the

WALLINGFORD BOARD OF EDUCATION (hereinafter referred to as the "Board"):

### W I T N E S S E T H :

WHEREAS, ██████████████████ are the parents of ███ (hereinafter

referred to as the "Student"), who is nine (9) years old; and

WHEREAS, the Wallingford Board of Education is the "local educational agency" for

the Student as that term is defined in the Individuals with Disabilities Education Act, 20 U.S.C.

Section 1401(15); and

WHEREAS, the parties agree that the Student is a "disabled child" requiring special

education and related services in order to provide him with an appropriate public education; and

WHEREAS, the parties are desirous of avoiding further litigation related to attorneys'

fees and the Student's special education program.

NOW, THEREFORE, in consideration of the promises and the mutual promises and undertakings herein contained and set forth and for other good and valuable consideration made over by each party to the other, the receipt and sufficiency of which is hereby acknowledged, it is covenanted and agreed as follows:

1. The Parents and Student consent and agree to withdraw *E. v. Wallingford Board of Education*, Case No. 3:02CV2296 (MRK) subject to the terms of this agreement pursuant to Rule 41(a)(1), Fed. R. Civ. P.

2. The Board consents and agrees to pay the Parents and Student sixty-five thousand dollars ($65,000.00) (hereinafter referred to as the "Payment"). The Payment will be made payable to The Law Offices of David C. Shaw, LLC, 34 Jerome Avenue, Suite 210, Bloomfield, Connecticut 06002. The Payment will be sent to the above address within thirty (30) days of receipt of the Stipulation of Dismissal of the Parents and Student's claims in Case No. 3:02CV2296 (MRK).

3. The Board consents and agrees to withdraw with prejudice the counterclaims in Case No. 3:02CV2296 (MRK) in their entirety.

4. The Board consents and agrees to retain the independent education consultant, Dr. Ann Majure, for the purpose of assisting the PPT in the development and implementation of the Student's Individualized Education Program for the 2004-05 school year.

5. The Parents and the Board each reserve all their rights pursuant to applicable state and federal law governing special education that are not expressly surrendered herein.

6. This Agreement settles all issues between the parties related to the Administrative

2

Special Education Due Process Hearing, Case No. 02-233, and the federal litigation *E. v*

*Wallingford Board of Education*, Case No. 3:02CV2296 (MRK).

      7.  The parties request that the Court approve and order the implementation of this

Settlement Agreement.

      IN WITNESS WHEREOF, the parties hereto have hereunto set their respective hands

and seals the day and year first above written.


**THE PARENTS**                  Signed, sealed and delivered in the presence of:

_____ 3/17/04
                    Date

_____ 3/17/04
                    Date


**WALLINGFORD BOARD OF EDUCATION**


By _____ 3/12/04
Dr. Joseph Bivona         Date
Director of Pupil Personnel
Its Duly Authorized Representative


3

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on March 18, 2004.

Frederick L. Dorsey, Esq.
Jennifer Rockwell, Esq.
Siegel, O'Connor, Zangari,
  O'Donnell & Beck P.C.
150 Trumbull St.
Hartford, CT 06103



_____

David C. Shaw, Esq.

2