**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

FILED
APR 27  11 14 AM '04

VICTORIA C. MINOR
CHIEF DEPUTY CLERK
LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

U.S. DISTRICT COURT
NEW HAVEN, CONN.

April 26, 2004

David C. Shaw, Esq.
34 Jerome Avenue, Suite 210
Bloomfield, CT 06002

      Re: Case Name: E. V WALLINGFORD BOARD OF EDUCATION
          Number: 3:02cv2296 (MRK)

Dear Attorney:

As the above matter has been disposed of in this court:

The administrative record is too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for the administrative record to be picked up.

If it is not picked up by April 28, 2004, the administrative record will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

                      Sincerely,

                      Kevin F. Rowe, Clerk

                      BY *Kenneth R. Ghilardi*
                        Kenneth R. Ghilardi
                        Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: 4/27/04

Gary M. Hultgren